OPINION — AG — THE DEPARTMENT OF WILDLIFE CONSERVATION MAY NOT USE THE " FACILITIES (AS HEREIN DEFINED) OF THE STATE PUBLIC EMPLOYEES' RETIREMENT SYSTEM TO OPERATE AND MANAGE ITS OWN RETIREMENT SYSTEM. NOTHING IN THIS OPINION SHOULD BE CONSTRUED AS EITHER PERMITTING OR PROHIBITING PARTICIPATION BY THE DEPARTMENT OF WILDLIFE CONSERVATION IN THE OKLAHOMA STATE PUBLIC EMPLOYEES' RETIREMENT SYSTEM. (BRUCK BAILEY)